### COÖS.

---

### LANCASTER STARCH CO. *v.* MOORE.

Under the General Statutes, a stockholder who has paid his corporation the full amount of his shares is not liable on assessments made for other purposes than the payment of debts.

ASSUMPSIT, by a corporation against one of its stockholders, for the amount of two assessments, made in 1869 and 1875. Facts found by a referee.

*Ray, Drew & Jordan,* for the plaintiffs.

*W. & H. Heywood* and *Ladd & Fletcher,* for the defendant.

DOE, C. J. The plaintiffs' capital stock was divided into shares of $100 each (Laws 1866, *c.* 4344, *s.* 2), and the defendant had paid that sum on each of his shares. As these assessments were made for the general purpose of building a mill and carrying on business, as well as for paying debts, they are illegal in part; and as that part is indeterminate, the assessments are unauthorized, and the defendant is entitled to judgment.

*Case discharged.*

STANLEY and CARPENTER, JJ., did not sit: the others concurred.